### 2980.   SMITH *v.* THE STATE.

POWELL, J. 1. In a prosecution under the Penal Code of 1895, § 438, for carrying liquor to a church, an instruction to the jury to the effect that if the defendant carried the liquor to a place "in such immediate proximity to the church mentioned in the indictment as to make it readily

accessible to such persons as had assembled there and who desired to use the same," it would be a violation of the law, was not erroneous. *Bice* v. *State,* 109 *Ga.* 117 (34 S. E. 202).

2. The charge as a whole was fair and not subject to the exceptions taken. The evidence authorized the conviction. *Judgment affirmed.*

DECIDED NOVEMBER 29, 1910.

Indictment for carrying liquor to church; from Terrell superior court—Judge Worrill. September 17, 1910.

*James G. Parks,* for plaintiff in error.

*J. A. Laing, solicitor-general, R. R. Arnold,* contra.